RECEIVED
NOV - 1 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| JOSEPH WALKER, JR. <br> LA. DOC #300260 <br> VS. | CIVIL ACTION NO. 6:13-cv-2507 <br><br> SECTION P <br><br> JUDGE REBECCA F. DOHERTY |
| WARDEN TIM DUCOTE | MAGISTRATE JUDGE PATRICK J. HANNA |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that petitioner's second and successive petition for writ of *habeas corpus* be **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. §1631 for further proceedings in accordance with the provisions of 28 U.S.C. §2244(b).

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this __1__ day of __Nov.__, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE